UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

REASSURE AMERICA LIFE INSURANCE
COMPANY,
        Plaintiff,

-vs-                                          Case No. 6:07-cv-233-Orl-18GJK

WILMA L. WRIGHT,
SONYA D. JONES,
CLARENCE W. PHILPOTT,
        Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on defendant Clarence W. Philpott's Motion for Summary Judgment (Doc. No. 33). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the parties, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Defendant Philpott's Motion is **GRANTED**, and the Clerk of the Court is directed to enter **Judgment** in favor of Philpott for the sum of $10,889.96, currently held by the Clerk of the Court. Philpott's counsel is directed to hold the funds until Philpott returns from active army duty and release those funds to Philpott only. Clerk of the Court is directed to **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this 25 day of January, 2010.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge